James Gonzales # D-68831
California Correctional Institution
P.O. Box 1031
Tehachapi, California 93581

FILED
2007 OCT 31 P 1:13
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA

James Gonzales, )
 Plaintiff, )   CASE NO. CV-07-4019 JW
vs. )
C/O J. Wolf, et al, )   NOTICE OF CHANGE
 Defendants. )   OF ADDRESS (Plaintiff)

In the above entitled matter I would like to inform the Court of my new address:
James Gonzales # D-68831
P.O. Box 1031
California Correctional Institution
Tehachapi, California 93581

Respectfully,
James Gonzales
Plaintiff.

Date: October 29, 2007

(Notice of New Address)   1.